UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES | NO. 10CR121 |
| VERSUS | DISTRICT JUDGE DEE D. DRELL |
| METHODE BEKOU | MAGISTRATE JUDGE JAMES D. KIRK |

REPORT AND RECOMMENDATION

Pursuant to the provisions of 18 U.S.C. §4241, a hearing was held today in this case with regard to  the  request for a mental competency examination. An examination was performed as reported by letter of November 30, 2011, doc. #44. The evaluation letter, filed under seal, reflects defendant's inability to stand trial, to understand the nature and consequences of the proceedings or to assist in his defense. The letter also finds that Mr. Bekou is not likely to be restored to competency.

For these reasons the court finds by a preponderance of the evidence that defendant does not at present have the ability to stand trial, to understand the nature and consequences of the proceedings against him or to assist in his defense or to be restored to competency in the foreseeable future.

Therefore, IT IS RECOMMENDED that Mr. Bekou be ordered transferred to a medical referral center in the Federal Bureau of Prisons for a period of 60 days in order for him to receive a risk assessment to determine if he can be released, committed, or

if other action is warranted, under 18 USC §4241(d).

OBJECTIONS

Because both the prosecution and defense agree, there is no need for the usual time period to object to this report and recommendation.

Alexandria, Louisiana January 19, 2012



JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE