RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 1/30/12
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 10-00121 |
| VERSUS | JUDGE DEE D. DRELL |
| METHODE KOMI MAWUNA BEKOU | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Mr. Bekou be transferred to a medical referral center in the Federal Bureau of Prisons for a period of 60 days in order for him to receive a risk assessment to determine if he can be released, committed, or if other action is warranted, under 18 USC §4241(d).

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 30 day of January, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE